■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v DEAN PICARIELLO, Defendant. [22 NYS3d 885]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from an order of the Supreme Court, Westchester County, dated August 25, 2015.

Ordered that the application is granted, and the defendant's notice of appeal is deemed to have been timely filed.

The defendant has established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Rivera, J.P., Dillon, Roman and Duffy, JJ., concur.